

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
Matthew.Fedor@dbr.com

January 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

Law Offices
600 Campus Drive
Florham Park, NJ
07932-1047

973-549-7000
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
CONNECTICUT
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     **Dominguez v. Foot Locker, Inc., Civil No. 19-cv-10628**

Dear Judge Aaron:

    We write on behalf of Defendant to request an extension of time to respond to the Complaint and to request an adjournment of the initial pre-trial conference. Defendant's current deadline to respond to the complaint is January 27, 2020. We respectfully request a new deadline of **March 2, 2020**. No prior request for an extension has been made and Plaintiff consents to this request.

    Defendant requests an extension to respond to the complaint because Plaintiff has made a proposal to attempt to resolve this dispute that Defendant needs more time to consider. Moreover, Plaintiff has filed separate lawsuits against related entities and the parties are cooperating to determine if consolidation or coordination would be appropriate in order to avoid conflicting deadlines and conserve resources.

    For similar reasons, Defendant requests that the initial pre-trial conference, currently scheduled for February 4, 2020 be adjourned. Additionally, should Defendant elect to move to dismiss the complaint, the parties agree to stay discovery pending the Court's adjudication of that motion.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              */s/ Matthew J. Fedor*
                              Matthew J. Fedor

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

Requests GRANTED in part and DENIED WITHOUT PREJUDICE in part. Defendant's time to answer or otherwise respond to the complaint is extended to March 2, 2020 on consent. The Initial pretrial conference, currently scheduled for February 4, 2020, is adjourned until Thursday, March 12, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The request to stay discovery during the pendency of Defendant's potential motion to dismiss is DENIED WITHOUT PREJUDICE, as the request is premature. The Parties are instructed to abide by my individual practices and Rule 26 in preparation of the initial conference and to prepare and file a Proposed Case Management Form one week before the conference. SO ORDERED.
Dated: January 23, 2020

*Established 1849*