
**Matthew J. Fedor**
Partner
mattew.fedor@faegredrinker.com
973-549-7329 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

March 2, 2020

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Dominguez v. Foot Locker, Inc., Civil No. 19-cv-10628

Dear Judge Aaron:

We write on behalf of Defendant to request an adjournment of the initial pre-trial conference currently scheduled for March 12, 2020 and to stay discovery. Plaintiff consents to this request.

On January 23, 2020, the Court previously granted the parties' request to adjourn the initial pre-trial conference until after Defendant's filed their response to Plaintiff's complaint. At that time, the Court denied the parties' request to stay discovery as no motion to dismiss had yet been filed. Earlier today, Defendant filed its pre-motion letter in accordance with Judge Gardephe's individual rules and practices. The parties agree to stay discovery pending the adjudication of Defendant's motion.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Matthew J. Fedor*
Matthew J. Fedor

cc: All Counsel of Record (via ECF)

---

Request GRANTED. The initial pretrial conference scheduled for March 12, 2020 is adjourned *sine die*, and this matter is stayed pending the outcome of Defendant's motion to dismiss. SO ORDERED.
Dated: March 3, 2020

*Stewart D. Aaron*