USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yovanny Dominguez,

                Plaintiff,

    -against-

Foot Locker, Inc.,

                Defendant.

1:19-cv-10628 (PGG) (SDA)

ORDER ADJOURNING
<u>INITIAL PRETRIAL CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In view of the filing of Defendant's motion to dismiss, the initial conference previously scheduled to occur on May 26, 2020 at 11:00 a.m. is adjourned *sine die*. (*See* ECF No. 18.)

**SO ORDERED.**

DATED:    New York, New York
             May 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge